Gregg S. Kleiner, State Bar No. 141311
McKENNA LONG & ALDRIDGE LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415-267-4000
Fax No.: 415-267-4198
Email: gkleiner@mckennalong.com

Counsel for MOHAMED POONJA,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID VIET TRAN and CHRISTINE HUONG PHAM,<br><br>Debtors. | Case No. 12-56884 CN<br>Chapter 7<br>Hon. Charles Novack<br><br>**NOTICE OF TRUSTEE'S MOTION REQUESTING THE COURT (1) VACATE THE FINAL DECREE AND (2) SET ASIDE THE SECTION 554(c) "TECHNICAL ABANDONMENT" OF THE DEBTORS' ASSETS**<br><br>Date: February 7, 2014<br>Time: 2:00 p.m.<br>Place: 280 S. First Street<br>Courtroom 3070<br>San Jose, CA 95113 |

**TO DAVID VIET TRAN AND CHRISTINE HUONG PHAM AND THEIR ATTORNEY OF RECORD, STANLEY PHAN:**

**PLEASE TAKE NOTICE** that on February 7, 2014 at 2:00 p.m., before The Honorable Charles Novack, United States Bankruptcy Judge, at his courtroom located at 280 S. First Street, Courtroom 3070, San Jose, California 95113, a hearing will be conducted on the Trustee's Motion Requesting the Court (1) Vacate the Final Decree and (2) Set Aside the Section 554(c) "Technical Abandonment" of the Debtors' Assets ("Motion") filed by Mohamed Poonja, the Chapter 7 Trustee of the bankruptcy estate of Debtors.

**PLEASE TAKE FURTHER NOTICE** that Bankruptcy Local Rule 9014-4 requires that you file written opposition to the Motion with the Clerk of the United States Bankruptcy Court, San Jose Division, 280 S. First Street, Room 3035, San Jose, CA 95113, and serve a copy on counsel for the Trustee no later than fourteen (14) days before the date of the hearing.

DATED: December 31, 2013     McKENNA LONG & ALDRIDGE LLP

By: _____
GREGG S. KLEINER
Counsel for Mohamed Poonja, Trustee in Bankruptcy